Opinion issued March
29, 2012.

 



 

 

 

 

 

In The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-10-00705-CV

____________

 








SALVADOR
BARAJAS, Appellant

 

V.

 

NANCY CERDA, Appellee

 

 

On Appeal from the 257th District Court

Harris County, Texas

Trial Court Cause No. 2009-07758

 

 



MEMORANDUM OPINION








Appellant
Salvador Barajas attempts
to appeal from the trial court’s judgment signed February 13, 2009.  

Generally,
a notice of appeal is due within thirty days after the judgment is signed.  See
Tex. R. App. P. 26.1(a)(1).  Here, the trial court signed the final
judgment on February 13, 2009.  Appellant’s
notice of appeal was due by March 16, 2009. 
The record shows that appellant filed his notice of appeal on August 11,
2010, nearly 17 months past the deadline. 
See Tex. R. Civ. P. 329b(a).  Appellant’s notice of appeal was untimely
filed.  Without a timely filed notice of
appeal, this Court lacks jurisdiction over the appeal. See Tex. R. App. P.
25.1.

On November
23, 2011, we notified appellant that his appeal was subject to dismissal for
want of jurisdiction unless, by December 13, 2011, he filed a response showing
grounds for continuing the appeal. 
Appellant did not respond. 

Accordingly,
we dismiss the appeal for want of jurisdiction. See Tex. R. App. P. 42.3(a),
43.2(f).  We dismiss any other pending motions as moot.  

PER CURIAM

 

Panel consists of Chief Justice Radack and Justices
Higley and Brown.